(October 16, 1996)

■ In the Matter of JOSE I. ADAMES, Appellant, v CHARLES B. RANGEL et al., Respondents. [648 NYS2d 301] —Judgment, Supreme Court, New York County (Beatrice Shainswit, J.), entered on or about September 3, 1996, unanimously affirmed for the reasons stated by Shainswit, J., without costs and disbursements. No opinion. Concur—Wallach, J. P., Rubin, Nardelli, Williams and Andrias, JJ.